ORIGINAL

FILED
AUG 29 2024
Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:24CR92 |
| v. | § | Judge Mazzant |
| | § | |
| TRAYLAN XAVIER MOSLEY | § | |

## FACTUAL BASIS

The defendant, **Traylan Xavier Mosley**, stipulates and agrees that the following facts are true and correct:

1. The defendant, **Traylan Xavier Mosley (Mosley)**, who is changing his plea to guilty, admits that he is the individual charged in the Indictment.

2. As charged in Count One of the Indictment, on or about March 5, 2024, in the Eastern District of Texas, **Mosley** did knowingly make, print, and publish, and did cause to be made, printed, and published, a notice and advertisement seeking and offering to exchange, produce, display, distribute, and reproduce any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and such depiction is of such conduct and such notice and advertisement was transported using any means and facility of interstate and foreign commerce by any means, including by computer.

3. Specifically, **Mosley** knowingly obtained child pornography by trading on various social media applications. **Mosley** also admits that he would "bait" minors by sending them images depicting another individual and inducing them to record images and videos of themselves engaged in sexually explicit conduct. The minors would record

depictions of their genitals and anuses, as well as the minors masturbating or penetrating themselves with foreign objects. **Mosley** admits that these images and videos constituted child pornography, as defined by 18 U.S.C. § 2256. **Mosley** then induced the minors to send the images and videos of child pornography to him.

4. **Mosley** further admits that he posted advertisements for the sale of folders containing these child pornography images and videos, including on March 5, 2024. The advertisements included thumbnail photos of the minors and a price, depending on the content and number of files contained inside. **Mosley** posted the advertisements on social media and communications applications. Interested users would send **Mosley** payment via a digital wallet or currency transfer application. Once **Mosley** received the payment, **Mosley** provided the purchaser with access to the folder containing child pornography.

5. **Mosley** admits that the social media and communications applications he used to trade child pornography, communicate with minors about the production of child pornography, advertise child pornography, and sell access to folders containing child pornography all required the use of the internet. Accordingly, **Mosley** admits that his child pornography advertisements and sales utilized the internet, a means and facility of interstate and foreign commerce.

6. **Mosley** further admits that he advertised, sold, and transported more than 600 images and videos of child pornography, including depictions of prepubescent minors. Moreover, **Mosley** admits that some of the files contained sadistic or masochistic depictions of abuse.

7. **Mosley** admits that he committed the offense described in the Indictment at his residence in Carrollton, Denton County, Texas within the Eastern District of Texas.

8. **Mosley** used the following computer equipment to advertise child pornography and to communicate about the sale of child pornography:

    a. Apple iPhone 14 Pro Max cellular phone, model number D74AP and bearing IMEI number 358540300143453; and

    b. Apple iPhone 13 Pro cellular phone, model number D63AP and bearing IMEI number 355677813837735.

### SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT TRAYLAN XAVIER MOSLEY

I have read this Factual Basis and have discussed it with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: 8/22/24

TRAYLAN XAVIER MOSLEY
Defendant

### SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: 4/22/24

DOUGLAS SCHOPMEYER
Attorney for the defendant